FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2011 AUG -8 PM 12: 34

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

MELISSA HERMAN,
    Plaintiff,

Case No. 5:11-cv-457-0c-10TBS

vs.

MIDLAND FUNDING, LLC
    a Delaware limited liability corporation,

POLLACK AND ROSEN, P.A.
    a Florida corporation,

and

JOHN and JANE DOES I - III,
    Defendant(s)    /
_____/

## COMPLAINT
(Jury Trial Demand)

### INTRODUCTION

1. This is an action for damages brought by an individual consumer, MELISSA HERMAN (hereinafter "MELISSA HERMAN" or "Consumer"), for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices. This action arises from MIDLAND FUNDING LLC's (hereinafter "MIDLAND"), POLLACK AND ROSEN, P.A.'s ("POLLACK AND ROSEN"), and JOHN and JANE DOES I - III's violation of 15 U.S.C. § 1692i by filing a collection lawsuit against Plaintiff seeking to collect an unsecured account allegedly owed to Defendant MIDLAND (the "Alleged Account") in an

1

inconvenient forum (Lake County, Florida). Consumer seeks an award of statutory damages (in the maximum amount of $ 1,000.00), actual damages, reasonable attorney's fees and costs jointly and severally against each of the Defendants.

## I. JURISDICTION AND VENUE

2.  Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3.  Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the conduct complained of because, at all times relevant, Plaintiff resided in this District (i.e., in Marion County, Florida) and the Defendants transact business here.

## PARTIES

### MELISSA HERMAN

4. Plaintiff, MELISSA HERMAN (hereinafter, "MELISSA HERMAN" or "Plaintiff") is a natural person who, at all times relevant, resided in Marion County, Florida.

### "MIDLAND FUNDING LLC"

5. Defendant, MIDLAND FUNDING LLC (hereinafter "MIDLAND") is a Delaware limited liability corporation whose principal place of business is 8875 Aero Drive, Suite 200 in San Diego, California (92123).

6. Defendant MIDLAND principal business is the collection of consumer debts. Defendant MIDLAND regularly attempts to collect debts alleged to be due to another.

7. Defendant MIDLAND's registered agent in the State of Florida is Corporation Service Company whose address is 1201 Hays Street in Tallahassee, FL 32301-2525.

8. Defendant POLLACK AND ROSEN, P.A. ("POLLACK AND ROSEN") is a Florida corporation whose principal place of business is 800 North Douglas Road, North Tower, Suite 450, in Coral Gables, Miami-Dade County, Florida (33134).

9. Defendant POLLACK AND ROSEN's registered agent in the State of Florida is Mark E. Pollack whose address is 800 North Douglas Road, North Tower, Suite 450, in Coral Gables, Miami-Dade County, Florida (33134).

10. Plaintiff also sues the person or persons who created, approved, directed, and/or participated in the collection practices that are the subject of this litigation. The identity of these persons is known to Defendant MIDLAND but is not presently known to Plaintiff. These defendants are hereinafter referred to as Defendants JOHN and JANE DOES I - III. (Defendants MIDLAND, POLLACK AND ROSEN, and JOHN and JANE DOES I - III are hereinafter collectively referred to as the "Defendants").

11. Defendants MIDLAND, POLLACK AND ROSEN, and JOHN and JANE DOES I - III are "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a(6) because they regularly use the mails and/or the telephone to collect, or attempt to collect, delinquent consumer debts, including delinquent consumer debts in the Middle District of Florida.

12. Defendant MIDLAND is licensed as a "consumer collection agency" in the State of Florida by the Florida Office of Financial Regulation. (Florida License No. CCA-

0900917).

13. The principal purpose of the Defendant MIDLAND is the collection of consumer debts using the mails and telephone.

14. Defendants MIDLAND and POLLACK AND ROSEN regularly attempts to collect debts alleged to be due to another.

15. Defendants MIDLAND and POLLACK AND ROSEN were acting as debt collectors with respect to the collection of the Alleged Account.

16. All acts of the individual (DOE) defendants described below were committed with the intent to collect an alleged credit card account on behalf of defendant MIDLAND.

17. All acts of Defendant POLLACK AND ROSEN were undertaken for the benefit of Defendant MIDLAND.

18. All acts of Defendant POLLACK AND ROSEN were within the course and scope of their employment (or agency) on behalf of Defendant MIDLAND.

## MELISSA HERMAN

19. At all times material hereto, MELISSA HERMAN was a "consumer" as this term is defined under 15 U.S.C. § 1692a(3).

## IV FACTUAL ALLEGATIONS

20. At all times material hereto, Citibank was a "creditor" as this term is defined under

15 U.S.C. § 1692a(4). Citibank engages in consumer lending including credit card accounts such as the alleged account at issue in the Defendant MIDLAND's state court lawsuit.

21. At all times material hereto, the credit card account (the "Alleged Account") was allegedly incurred for personal, family or household purposes and was a "debt" as this term is defined under 15 U.S.C. § 1692a(5).

22. The Alleged Account went into default before Defendants acquired any interest in the Alleged Account.

23. According the MIDLAND's state court action, Citibank directly or indirectly contracted with Defendant MIDLAND for the purpose of collecting the afore described consumer debt at some time which is unknown to Plaintiff.

24. Plaintiff resided in Marion County, Florida when the Creditor opened the Alleged Account and continues to reside in Marion County, Florida at all times relevant.

25. On or about October 25, 2010, Defendant MIDLAND filed a lawsuit against Plaintiff MELISSA HERMAN attempting to collect the Alleged Account. The Clerk of Court for Lake County, Florida assigned Defendant's lawsuit case number 2010-CC-4323.

26. Defendant's agent served Plaintiff with a Summons and November 13, 2010 at her residence in Marion County, Florida.

27. Defendant's lawsuit did not seek to enforce an interest in real property securing the Alleged Account.

28. Creditor was, at all times relevant, a resident of the State of South Dakota.

29. Plaintiff does not and has never resided in Lake County, Florida.

30. Plaintiff never signed any contract concerning the Alleged Account in Lake

County, Florida.

31. Plaintiff has incurred legal fees in defending the state court lawsuit.

32. All of Defendant MIDLAND's collection actions at issue in this matter occurred within one year of the date of this Complaint.

33. MELISSA HERMAN has retained the undersigned law office to represent her interest herein and is obligated to pay said law office a reasonable fee for its services.

## V. COUNT I
## FILING A COLLECTION LAWSUIT IN AN IMPERMISSIBLE VENUE
## VIOLATION OF THE FDCPA
### (Fair Debt Collections Practices Act)

34. Plaintiff MELISSA HERMAN repeats and re-alleges and incorporates by reference paragraphs 1 through 33 above.

35. Defendant filed a lawsuit against Plaintiff to collect the alleged debt in an inconvenient forum in violation of 15 U.S.C. § 1692i.

WHEREFORE, Plaintiff MELISSA HERMAN requests that the Court enter judgment in favor of Plaintiff MELISSA HERMAN and jointly and severally against Defendants MIDLAND FUNDING LLC and JOHN and JANE DOES I - III for :

A. Statutory damages (in the amount of $ 1,000) pursuant to 15 U.S.C. § 1692k;

B. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k;

C. Such other or further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands *trial by jury* on all issues so triable in this action.

Dated : AUGUST 5, 2011.

*/s/ Donald E. Petersen*
_____
DONALD E. PETERSEN
Law Office of Donald E. Petersen
Post    Office   Box   1948
Orlando,  FL  32802-1948
Voice :     (407) 648-9050
E.C.F. (Only) : depecf@cfl.rr.com
Email : petersen221@yahoo.com
F.B.N.              0776238
Assistant : (407) 403-6760
Assistant Email : snp304@cfl.rr.com
Attorney for the Plaintiff