UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA HERMAN,

    Plaintiff,

v.                                                      Case No. 5:11-cv-457-Oc-10TBS

MIDLAND FUNDING, LLC, a Delaware
limited liability corporation, POLLACK AND
ROSEN, P.A., a Florida corporation, JOHN
AND JANE DOES 1-3,

    Defendants.

_____

## ORDER

Pending before the Court is Plaintiff's Motion To Extend Time To Conduct Mediation (Doc. 15) in which Plaintiff seeks a two-month extension of the February 28, 2012 mediation deadline.

Plaintiff's counsel represents that he has provided defense counsel three dates when the agreed mediator, Mr. Peter Grilli, is available to conduct mediation during March and April but that defense counsel has not yet responded. Plaintiff's counsel further represents that despite his best efforts, he has been unable to confer with defense counsel prior to filing this motion.

Upon due consideration, Plaintiff's Motion To Extend Time To Conduct Mediation (Doc. 15) is GRANTED. The mediation deadline is extended until April 30, 2012. The parties are required to mediate before this deadline even if it means selecting a different mediator.

The Court is concerned by the allegations that defense counsel has been uncommunicative. On or before March 5, 2012, defense counsel shall file a response addressing these allegations.

To the extent Defendants have not yet provided their Initial Disclosures, they shall do so by March 5, 2012.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on February 29, 2012.

Copies to all Counsel

THOMAS B. SMITH
United States Magistrate Judge